ACCEPTED
03-15-00044-CV
4970915
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/21/2015 1:35:53 PM
JEFFREY D. KYLE
CLERK

# No. 03-15-00044-CV

## In the Court of Appeals for the Third Judicial District Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/21/2015 1:35:53 PM
JEFFREY D. KYLE
Clerk

TEXAS DEPARTMENT OF CRIMINAL JUSTICE,

*Appellant,*

v.

MAURIE LEVIN, NAOMI TERR, AND HILARY SHEARD,

*Appellees.*

On Appeal from the
201st Judicial District Court of Travis County, Texas

## UNOPPOSED MOTION TO EXTEND TO MAY 27, 2015, THE DEADLINE TO FILE APPELLANT'S OPENING BRIEF

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6, Appellant Texas Department of Criminal Justice requests a 30-day extension of the deadline to file Appellant's opening brief. One prior 30-day extension of this deadline has been sought and received. This extension request is *not opposed.*

The opening brief is currently due April 27, 2015. The requested 30-day extension, if granted, would make the brief due on or before May 27, 2015.

There is good reason to grant the requested extension, which is not sought for any improper purpose. Appellant is represented by new lead counsel on appeal, and Appellant's counsel has had and will continue to have a significant workload in other matters that makes it impossible to complete by the current deadline a brief that would be helpful to the Court. That workload includes, but is not limited to, significant responsibilities in the following matters:

- *Veasey v. Abbott*, No. 14-41127, in the United States Court of Appeals for the Fifth Circuit (oral argument preparations; argument calendared for April 28, 2015); and

- *Ivy v. Willaims*, No. 14-50037, in the United States Court of Appeals for the Fifth Circuit (drafting an submitting at the court's request by April 23, 2015, a response to a petition for rehearing *en banc* in a class action suit for statewide injunctive and declaratory relief under the Americans with Disabilities Act and Section 504 of the Rehabilitation Act).

## PRAYER

For these reasons, the Court should extend to May 27, 2015, the deadline for filing Appellant's opening brief.

Respectfully submitted.

KEN A. PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

SCOTT A. KELLER
Solicitor General

 /s/ Richard B. Farrer
RICHARD B. FARRER
Assistant Solicitor General
State Bar No. 24055470
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas  78711-2548
Tel.: (512) 936-1823
Fax: (512) 474-2697
richard.farrer@texasattorneygeneral.gov

COUNSEL FOR APPELLANT TEXAS DEPARTMENT
OF CRIMINAL JUSTICE

4

## CERTIFICATE OF CONFERENCE

I certify that I conferred by email with counsel for Appellees, Philip Durst, who indicated that this motion is not opposed.

/s/ Richard B. Farrer
Richard B. Farrer
*Counsel for Appellant*

## CERTIFICATE OF SERVICE

On April 21, 2015, the foregoing document was served via File & ServeXpress and e-mail on counsel for Appellees:

Philip Durst
Manuel Quinto-Pozos
DEATS, DURST, OWEN & LEAVY, PLLC
1204 San Antonio, Suite 203
Austin, Texas 78701
[Tel] (512) 474-6200
[Fax] (512) 474-7896
pdurst@ddollaw.com
mqp@ddollaw.com

Maurie Amanda Levin
LAW OFFICE OF MAURIE LEVIN
614 South 4th St. #346
Philadelphia, Pennsylvania 19147
[Tel] (512) 294-1540
[Fax] (215) 733-9225
maurielevin@gmail.com

/s/ Richard B. Farrer
Richard B. Farrer
*Counsel for Appellant*